IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMAR ALLEN**                                                                                   **PETITIONER**

V.                                                                                     **NO. 1:22-CV-92-DMB-RP**

**MARCUS MCCLURE**                                                                          **RESPONDENT**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued this day, Jamar Allen's petition for a writ of habeas corpus is denied. A certificate of appealability is denied.

**SO ORDERED**, this 8th day of April, 2025.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**